United States District Court

Eastern District of California

Mario Hatri Wooten,

      Plaintiff,

vs.

Gary J. Leonard, et al.,

      Defendants.

No. Civ. S 02-2408 FCD PAN P

Order

-oOo-

    Plaintiff is a prisoner, without counsel, prosecuting this civil rights action on the claim he was arrested without probable cause. Plaintiff has filed a document styled, "Presentation of Discovery Motion."

    A party may move for an order compelling discovery with respect to objections or other failure to respond to interrogatories or requests to produce documents. Fed. R. Civ. P. 37(a)(2)(B), 33(b)(5), 34(b). A party who has requested admissions may move to determine the sufficiency of the answers

1 | or objections.  Fed. R. Civ. P. 36(a).
2 |     Plaintiff alludes to "possession of documents clarify my
3 | case," but makes no showing he served discovery requests on
4 | defendants or that they either objected or failed to respond.
5 |     For these reasons, I hereby deny plaintiff's September 15,
6 | 2005, motion.
7 |     So ordered.
8 |     Dated:  November 29, 2005.

        /s/ Peter A. Nowinski
        PETER A. NOWINSKI
        Magistrate Judge