United States District Court

Eastern District of California

Mario Hatri Wooten,

     Plaintiff,                       No. Civ. S 02-2408 FCD PAN P

  vs.                              Order

Gary J. Leonard, et al.,

     Defendants.

-oOo-

Plaintiff is a state prisoner prosecuting this civil rights action without counsel. Pursuant to the schedule made May 20, 2005, plaintiff's pretrial statement is due February 10, 2006, defendants' pretrial statement is due February 24, 2006, pretrial conference is set for March 3, 2006, and trial is set for May 23,

///

///

///

///

2005.  Since defendants' motion for summary judgment is pending, the above dates are vacated.

So ordered.

Dated:  January 19, 2006.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge