IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO HATRI WOOTEN,

      Plaintiff,                              No. CIV S-02-2408 FCD PAN P

    vs.

GARY J. LEONARD, et al.,

      Defendants.                     <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        On February 17, 2006, the court gave plaintiff 30 days to file an opposition or a statement of non-opposition to defendants' motion for summary judgment and warned plaintiff that failure to comply would result in a recommendation that this action be dismissed for plaintiff's failure to prosecute.

        The 30 days have passed and plaintiff has not filed an opposition or notice of non-opposition or otherwise responded to the February 17, 2006, order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for plaintiff's failure to prosecute. <u>See</u> Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days after being served with these findings and recommendations, plaintiff may file written objections.

1

1  The document should be captioned "Objections to Magistrate Judge's Findings and
2  Recommendations."  Failure to file objections within the specified time may waive the right to
3  appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4  DATED: April 6, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004
\woot2408.f&r 46 msj